# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1130. EMEKA ABANIFI v. THE STATE.

A jury found Emeka Abanifi guilty of armed robbery, and his conviction was affirmed in an unpublished opinion. See *Abanifi v. State*, Case Number A14A2063 (decided Feb. 27, 2015). Abanifi subsequently filed an extraordinary motion for new trial, which the trial court denied on September 7, 2018. Abanifi filed a notice of appeal from this ruling on October 17, 2018. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Abanifi's notice of appeal is untimely, as it was filed 40 days after entry of the order he seeks to appeal. Furthermore, an order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/15/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*